■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR LANTIGUA, Appellant. [706 NYS2d 630] —Judgment, Supreme Court, New York County (William Wetzel, J.), rendered October 31, 1997, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him, as a second felony offender, to a term of 6 years to life, unanimously affirmed.

Defendant's motion to withdraw his plea was properly denied after defendant was afforded a sufficient opportunity to be heard. The sentencing court's inquiry was sufficient under the circumstances. Defendant expressly withdrew his challenge to

the predicate felony statement. We have considered and rejected defendant's remaining claims. Concur—Lerner, J. P., Andrias, Saxe, Buckley and Friedman, JJ.